# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| IN RE: Carl W Stinson | ) | Chapter 13 |
| | ) | Case No. 17 B 37913 |
| Debtor(s) | ) | Judge Deborah L. Thorne |

## Notice of Motion

Carl W Stinson
1844 S 16th Ave
Broadview, IL  60155

Debtor Attorney: Robert J Adams & Associates
via Clerk's ECF noticing procedures

On November 06, 2019 at 9:00 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 613
> Chicago, IL  60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Tuesday, October 29, 2019.

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case for Failure to Make Plan Payments

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c] [6], stating:

On December 22, 2017, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on March 28, 2018, for a term of 60 months with payments of $675.00.

| The status of the debtor's plan is: | Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|---|
| | 22 | $14,700.00 | $11,949.37 | $2,750.63 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 10/28/2019
Due Each Month: $675.00
Next Pymt Due: 11/21/2019

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 02/06/2019 | 1246 | $311.54 | 02/22/2019 | 1285 | $311.54 |
| 03/11/2019 | 1345 | $311.54 | 03/22/2019 | 1387 | $311.54 |
| 04/12/2019 | 1486 | $311.54 | 04/19/2019 | 1502 | $311.54 |
| 05/06/2019 | 1550 | $311.54 | 05/23/2019 | 1617 | $311.54 |
| 06/07/2019 | 1672 | $311.54 | 06/10/2019 | 1726 | $311.54 |
| 07/08/2019 | 1806 | $311.54 | 07/12/2019 | 1843 | $311.54 |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL  60604
(312)431-1300

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE